GUSTAVSON, Appellant, v. NORTHEAST-ERN CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Lina Gustavson against the Northeastern Construction Company. C. S. Keyes, for appellant. H. C. Smyth, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re HAHN. (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of William Hahn. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALLOCK, Respondent, v. BEDELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Alanson Hallock against Charles F. Bedell. No opinion. Judgment and order affirmed, with costs.

In re HALSTEAD. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of John Halstead. No opinion. Motion denied, with $10 costs. Settle order on notice.

HAMBURG, Appellant, v. PEOPLE'S SURETY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908) Action by David M. Hamburg against the People's Surety Company of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRIS, Appellant, v. COEHN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Benjamin Harris against Hugo Coehn and others. J. A. Seidman, for appellant. J. O. Weschler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HART. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of Joseph B. Hart, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HART v. A. L. CLARKE & CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Henry Hart against A. L. Clarke & Co. No opinion. Motion denied. Settle order on notice.

HART v. A. L. CLARKE & CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Henry Hart against A. L. Clarke & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 60 Misc. Rep. 366, 113 N. Y. Supp. 451.

HARVIER, Respondent, v. DOURAS, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1908.) Actions by Ernest Harvier against Bernard J. Douras. A. D. Pape, for appellant. J H. Cohan, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

HAYNER, Appellant, v. TILLEY, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Emma Hayner against Nelson P. Tilley. No opinion. Judgment unanimously affirmed, with costs.

HEBBERD v. THOMAN. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Robert W. Hebberd against Callus Thoman. No opinion. Motion to take record from the files granted. Settle order on notice.

HEIN, Appellant, v. WILLIAM R. PITT IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Alfred Hein, an infant, against the William R. Pitt Iron Works. I. B. Wheeler, for appellant. F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HERZOG, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Albert Herzog against Samuel Cohen and John Frank, copartners, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

HETZEL, Appellant, v. WEIMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Christian F. Hetzel against Magdalene Weimann and another. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HIGGIN MFG. CO., Appellant, v. FLEISCHMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by the Higgin Manufacturing Company against Walter L. Fleischmann and another. No opinion. Motion granted, without costs.

HIGGIN MFG. CO., Appellant, v. FLEISCHMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by the Higgin Manufacturing Company against Walter L. Fleischman and another. PER CURIAM. Appeal dismissed, with costs. HIRSCHBERG, P. J., not sitting.

HIGGINS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.)

Action by Mary Higgins, as successor, etc., of John Higgins, deceased, against Sarah C. Powell and others. No opinion. Judgment affirmed, with costs.

HILLSBURGH, Respondent, v. PURROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Charlotte F. Hillsburgh against Catharine L. Purroy. No opinion. Order affirmed, with $10 costs and disbursements.

HIRSCH v. NEW ENGLAND NAV. CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Robert B. Hirsch against the New England Navigation Company. No opinion. Motion denied, with $10 costs. Order filed.

HODGINS, Respondent, v. BINGHAM, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) In the matter of the application, etc., of William H. Hodgins against Theodore A. Bingham, etc. No opinion. Motion for resettlement of order granted, without costs. See, also, 128 App. Div. 151, 112 N. Y. Supp. 543.

HOFFMAN, Respondent, v. GABLER, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Frederick Hoffman against John C. Gabler. E. P. Mowton, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HOLLIS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Edward J. Hollis against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order of reversal granted, without costs. See, also, 113 N. Y. Supp. 4.

HOLMES, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Robert Holmes, Jr., against Paul Cohen, as treasurer, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOTALING v. FRITH et al. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Ellen Jarvis Hotaling against Emma A. Frith and others. No opinion. Order affirmed, with $10 costs and disbursements.

HUGHES, Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Anna Hughes, as administratrix, etc., against the Electric Light & Power Company of Syracuse.
PER CURIAM. · Judgment and order affirmed, with costs.
KRUSE and ROBSON, JJ., dissent.

HULL, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Willard A. Hull against United Traction Company.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG, J., dissents.

HUNGERFORD v. VILLAGE OF WAVERLY et al. (Supreme Court, Appellate Division, Third Department. January 12, 1909.) Action by Martha A. Hungerford against the Village of Waverly and others. No opinion. Motion denied, without costs.

HUNT, Respondent, v. HANLEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph E. Hunt against James M. Hanley. No opinion. Judgment affirmed, with costs.

HUREWITZ, Respondent, v. SMULOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Harris Hurewitz against Harris Smulowitz. No opinion. Judgment and order affirmed, with costs.

ISAACS v. TERRY & TENCH CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Herman Isaacs against the Terry & Tench Company. No opinion. Application granted. Order signed. See, also, 113 N. Y. Supp. 731.

JABURG v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by John Jaburg against the Haserot Canneries Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

JABURG et al. v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by John Jaburg and another against the Haserot Canneries Company. No opinion. Motion granted, with $10 costs. Order filed.

JACKSON v. BYRNE. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Lily I. Jackson against Elizabeth M. Byrne. No opinion. Motion denied, with $10 costs. Order filed.

JACKSON, Respondent, v. JENKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.)